The phrase "10-day stay" in paragraph 6. is changed to 14-day stay.



**SO ORDERED.**
SIGNED this 31st day of October, 2013

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Richard Stair Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

*IN THE UNITED STATES BANKRUPTCY COURT FOR THE*
*EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

    **LAY'S MARKET, INC.,**        CASE NO. **13-33376**

    Debtor.

**ORDER AUTHORIZING MAURICE K. GUINN, TRUSTEE,
TO SELL PERSONAL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS
WITH LIENS ATTACHING TO THE PROCEEDS OF SALE**

    This case came before the Court for hearing October 31, 2013, upon the Trustee's Motion to Sell Personal Property of the Estate Free and Clear of Liens with Liens Attaching to Proceeds concerning the Hilno truck, Mitsubishi truck, Mitsubishi truck, computers and office equipment, furnishings and supplies at public auction, after service of a copy of the Motion to Sell and a notice for hearing pursuant to Section 363 upon all required parties. No objections were filed. The Court is therefore of the opinion that the relief should be granted as requested.

    **WHEREFORE**, it is **ORDERED** as follows:

1. That the Trustee is authorized to sell the Hilno truck, Mitsubishi truck (225k miles), Mitsubishi truck (75k miles), computers and office equipment, furnishings and supplies at public auction.

2. The sale shall be free and clear of any and all lien claims. Lien claims, if any, will attach to the proceeds of sale in the same amount and priority as they may exist pre-petition.

3. That a 10% buyer's premium commission charged to the buyers. The budget for the cost of sale shall not exceed $7,000.00. The auctioneer commission and expenses shall be subject to later court approval.

4. The public auction will be conducted on the premises of the debtor, 622 East Jackson Avenue, Knoxville, TN beginning 10:00 a.m. on November 7, 2013.

5. The Trustee shall file a report of sale within 10 days following sale.

6. The 10-day stay that would otherwise be applicable under Fed. R. Bankr. P. 6004(h) shall not apply and this Order shall be immediately effective as of the date of its entry.

###

APPROVED:

MAURICE K. GUINN, TRUSTEE

*/s/ Michael H. Fitzpatrick*
Michael H. Fitzpatrick, Esq.
BPR 006033
**QUIST, CONE & FISHER, PLLC**
(f/k/a Jenkins & Jenkins Attorneys, PLLC)
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-2121
865-524-1873 ext. 222
mhf@QCFLaw.com