**The order is rejected because the motion did not include a proper certificate of service and the certificate filed as docket entry 62 does not include a case caption. Counsel shall file a proper amended certificate of service within three days in order to correct these deficiencies.**

**The matter addressed in this rejected order and accompanying motion is unresolved for the reason(s) set forth above.
SIGNED this 4th day of June, 2015**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE

IN RE:

**LAYS MARKET, INC.,**                                Case No. 3:13-bk-33376-SHB
                                                      Chapter 7
Debtor.

### ORDER APPROVING FIRST INTERIM COMPENSATION AND EXPENSES TO MICHAEL H. FITZPATRICK AND THE FIRM OF QUIST, CONE & FISHER, PLLC

Michael H. Fitzpatrick, and his firm of Quist, Cone & Fisher, PLLC, counsel for the trustee, seek first interim compensation of $18,454.00 and reimbursement of expenses of $3,029.50 pursuant to passive notice. The attorneys served a copy of the application, together with the proposed order upon all required. No objections were filed within the allowed time. The court is therefore of the opinion that the application should be allowed as follows:

1. Quist, Cone & Fisher PLLC are hereby awarded first interim compensation of **$18,545.00** together with expenses of **$3,657.17**.

2. The trustee may pay the compensation and expenses from the funds of the estate to the extent available.

###

APPROVED FOR ENTRY:

*/s/ Ryan E. Jarrard*
Michael H. Fitzpatrick, BPR No. 006033
Ryan E. Jarrard, BPR No. 024525
Attorneys for Maurice K. Guinn, Trustee
**QUIST, CONE & FISHER, PLLC**
2121 First Tennessee Plaza
Knoxville, TN 37929-9711
Phone: 865-524-1873 ext. 222
mhf@qcflaw.com

