IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE

IN RE:

**LAYS MARKET, INC.,**            Case No. **3:13-bk-33376-SHB**
                                                 Chapter 7
         Debtor.

## **AMENDED CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **Application, Exhibit,** and **Proposed Order [Doc. 61]** have been furnished to the following by placing a copy in the U.S. Mail, first class, postage prepaid, email or the court ECF system to all parties listed below or on the attached mailing list this June 4, 2015:

Creditors and parties in interest on the attached list.

                                                       /s/ Ryan E. Jarrard
                                                       Attorney

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0649-3<br>Case 3:13-bk-33376<br>Eastern District of Tennessee<br>Knoxville<br>Fri Jun  5 11:01:06 EDT 2015 | Conversion Properties, Inc.<br>402 S. Gay Street<br>Suie 202<br>Knoxville, TN 37902-1164 | Furrow Auction Company<br>Knoxville, TN 37921-6249 |
| J.G. Gaston & Associates, Inc.<br>20 Battery Park Avenue<br>Suite 810<br>Asheville, NC 28801-2236 | Lay's Market, Inc.<br>622 E. Jackson Avenue<br>Knoxville, TN 37915-1107 | Pension Benefit Guaranty Corporation<br>Office of the Chief Counsel<br>1200 K Street, N.W.<br>Washington, DC 20005-4026 |
| Rodefer Moss Co., PLLC<br>608 Mabry Hood Road<br>Suite 300<br>Knoxville, TN 37932-2668 | Streamline Environmental of Tennessee, LLC<br>R. Scott Nolter, Chief Manager<br>518 Echo Valley Road<br>Knoxville, TN 37923-6031 | Tennessee Department of Labor and Workforce<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN 37202-4015 |
| 3<br>United States Bankruptcy Court<br>Howard H. Baker Jr. U.S. Courthouse<br>Suite 330, 800 Market Street<br>Knoxville, TN 37902-2343 | A&B Distributors<br>PO Box 27130<br>Knoxville, TN 37927-7130 | A-Welders & Med Supply<br>PO Box 3457<br>Knoxville, TN 37927-3457 |
| AT&T<br>PO Box 105262<br>Atlanta, GA 30348-5262 | AT&T Advertising & Publishing<br>PO Box 105024<br>Atlanta, GA 30348-5024 | Absolute Weighing<br>7824 Ewing Road<br>Powell, TN 37849-3853 |
| Advantage First Aid Service<br>PO Box 32006<br>Knoxville, TN 37930-2006 | Agnes H. Lay<br>4617 Chambliss Ave.<br>Knoxville, TN 37919-5119 | Agnes H. Lay<br>7112 Wellington Drive<br>Knoxville, TN 37919-5934 |
| Aramark Uniform Service<br>AUS South LBX<br>PO Box 904035<br>Charlotte, NC 28290-4035 | AtWork Personnel Service<br>7212 Kingston Pike, Suite 108<br>Knoxville, TN 37919-5956 | Avaya, Inc.<br>Deutsche Bank<br>PO Box 5125<br>Carol Stream, IL 60197-5125 |
| BellSouth Telecommunications, Inc.<br>% AT&T Services Inc.<br>Karen A. Cavagnaro - Lead Paralegal<br>One AT&T Way, Room 3A 104<br>Bedminster, NJ 07921-2693 | Bible Harris Smith, PC<br>507 W. Clinch Ave.<br>Knoxville, TN 37902-2104 | Bible, Harris, Smith<br>507 Clinch Avenue<br>Knoxville, TN 37902-2104 |
| Brandon C. Ketron<br>227 Arabian Lane<br>Maryville, TN 37801-2109 | Buford C. Smith Co<br>701 E Jackson Ave<br>Knoxville, TN 37915-1197 | Cathy Lay Culver<br>178 Wexham Road<br>Winston Salem, NC 27103-5249 |
| Chemsearch<br>23261 Network Place<br>Chicago, IL 60673-1232 | City of Knoxville<br>Attn: Revenue Office<br>PO Box 1028<br>Knoxville, TN 37901-1028 | City of Knoxville, Tennessee<br>City of Knoxville<br>Attn: Douglas Gordon<br>PO Box 1631<br>Knoxville, TN 37901-1631 |

```
Coca-Cola Enterprises              Coca-Cola Refreshments USA, Inc.    Coface Collections North America
PO Box 403390                      fka Coca-Cola Enterprises, Inc.     @ Lumiere Memorial Blvd
Atlanta, GA 30384-3390             Weinstein, Kaplan & Cohen, P.C.     Suite 300
                                   1325 Franklin Avenue, Ste. 210      Kenner, LA 70062-8725
                                   Garden City, NY 11530-1631


Conoco                             Cumulus Broadcasting, LLC           Dutt & Wagner of VA, Inc.
1000 S. Pine Street                PO Box 645121                       PO Box 0518
Ponco City, OK 74601-7509          Cincinnati, OH 45264-5121           Abingdon, VA 24212-0518


Dutt & Wagner of Virginia          East TN Distributors, Inc.          Ed Burnett
c/o Frederick L. Conrad, Jr., Atty. PO Box 9085                        2005 Farmstead Lane
PO Box 11202                       Knoxville, TN 37940-0085            Powell, TN 37849-5477
Knoxville, TN  37939-1202


Eleanor M. Lay                     F&E Printers                        F. Edwin Lay, Jr.
11907 S. Fox Den Drive             6224 Trailhead Circle               2013 Lyons Ridge Road
Knoxville, TN 37934-3723           Knoxville, TN 37920-6155            Knoxville, TN 37919-8955


Family Brands, Intl, LLC           Frederick L. Conrad                 Geneva Food Products
PO Box 429                         PO Box 11202                        2664 Jewett Ave
Lenoir City, TN 37771-0429         Knoxville, TN 37939-1202            Sanford, FL 32771-1678


Gentry, Tipton & McLemore          Graphic Creations, Inc              Gus Palas
900 S. Gay Street                  1809 Lake Ave                       2610 Bridalwood
Knoxville, TN 37902-1861           Knoxville, TN 37916-3021            Knoxville, TN 37917-3437


Hermann Pickle Farms               Hobart Sales & Service              Homestead, Inc.
7513 Scenic View Dr                2626 E. Magnolia Ave                717 Willow Avenue
Knoxville, TN 37938-3232           Knoxville, TN 37914-5322            Knoxville, TN 37915-1218


Homestead, Inc.                    Humana                              Institutional Wholesale Co.
PO Box 27036                       Waterside Building                  PO Box 458
Knoxville, TN 37927-7036           101 E. Main Street                  Cookeville, TN 38503-0458
                                   Louisville, KY 40202-1349


Internal Revenue Service           Joe L. Lay, Jr.                     Joe L. Lay, Jr.
Centralized Insolvency Operation   7723 Windsong                       7723 Windsong Road
PO Box 7346                        Powell, TN 37849-3546               Powell, TN 37849-3546
Philadelphia, PA 19101-7346


Joel W. Ruderman                   Joseph L. Lay, Jr. P.R.             KASCO/Atlanta Sharp Tech
Pension Benefit Guaranty Corporation Estate of Sarah L. Lay            PO Box 202368
1200 K Street, N.W., Suite 340     7723 Windsong Road                  Dallas, TX 75320-2368
Washington, DC 20005-4030          Powell, TN 37849-3546
```

| | | |
|---|---|---|
| KUB<br>PO Box 59017<br>Knoxville, TN 37950-9017 | Knox County Trustee<br>PO Box 70<br>Knoxville, TN 37901-0070 | Knoxville Fire Extinguisher<br>1301 Jersey Ave<br>Knoxville, TN 37921-4899 |
| Knoxville Utilities Board<br>PO Box 59017<br>Knoxville, TN 37950-9017 | Lori C. Koeneman<br>106 Maple Ridge Lane<br>Seymour, TN 37865-4658 | Mail South, Inc./MSPark<br>PO Box 532536<br>Atlanta, GA 30353-2536 |
| Microbac Laboratories, Inc<br>Knoxville Division<br>Maryville, TN 37804 | Microbac Laboratories, Inc.<br>Accounts Receivable<br>505 E. Broadway<br>Maryville, TN 37804-5744 | Miller Equipment<br>3224 Hinds Creek Road<br>Heiskell, TN 37754-3109 |
| PFG Hale<br>5262 Air Park Blvd<br>Morristown, TN 37813-4304 | Pension Benefit Guaranty Corporation<br>1200 K Street, N.W.<br>Washington, DC 20005-4026 | Pension Benefit Guaranty Corporation<br>ATTN: Melissa Harclerode, Attorney<br>Office of the Chief Counsel<br>1200 K Street, N.W., Suite 340<br>Washington, DC 20005-4026 |
| Pilot Corporation<br>5500 Lonas Road, Suite 210<br>Knoxville, TN 37909-3202 | Pilot Travel Centers LLC<br>Luke Russell<br>5500 Lonas Road, Ste. 210<br>Knoxville, TN 37909-3202 | Rexie L. Hicks<br>1213 Cassell Valley Way #204<br>Knoxville, TN 37912-5678 |
| Richard Hinton<br>200 Hampton Court<br>Knoxville, TN 37922-3327 | Richard I. Hinton<br>200 Hampton Court<br>Knoxville, TN 37922-3327 | Robert A. Miller<br>1301 Chestnut Street<br>Knoxville, TN 37920-2334 |
| Snyder Paper Corporation<br>PO Box 758<br>Hickory, NC 28603-0758 | Southeastern Freight Lines, Inc<br>PO Box 100104<br>Columbia, SC 29202-3104 | Suzanne H. Bauknight<br>US Attorney's Office<br>800 Market Street, Sutie 211<br>Knoxville, TN 37902-2327 |
| Swaggerty Sausage Co., Inc.<br>2827 Swaggerty Road<br>Kodak, TN 37764-2170 | Tanner Industries, Inc<br>PO Box 7777-W2170<br>Philadelphia, PA 19175-0001 | Tennessee Department of Labor & Workforce De<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-4015 |
| Tennessee Department of Revenue<br>c/o Attorney General<br>PO Box 20207<br>Nashville, TN 37202-4015 | Tennessee Dept of Revenue<br>TN Attorney General's Office<br>Bankruptcy Unit<br>426 5th Avenue, 2nd Floor<br>Nashville, TN 37243-0489 | The Roberts Group, Inc.<br>PO Box 5810<br>Huntsville, AL 35814-5810 |
| Tn Dept.of Labor and Workforce Dev.-<br>Unemployment Insurance<br>c/o Tn Atty. Gen., Bankruptcy Div.<br>P.O. Box 20207<br>Nashville, TN 37202-4015 | Travis Meats, Inc.<br>7210 Cllinton Highway<br>Powell, TN 37849-5216 | Travis Meats, Inc.<br>PO Box 670<br>Powell, TN 37849-0670 |

| | | |
|---|---|---|
| U.S. Dept. of Justice<br>Tax Division, CTS, Eastern Reg.<br>PO Box 227<br>Ben Franklin Station<br>Washington, D.C 20044-0227 | US Foods, Inc.<br>c/o Christopher W. Conner, Esq.<br>Garner & Conner, PLLC<br>P.O. Box 5059<br>Maryville, TN 37802-5059 | US FoodService, Inc<br>PO Box 602224<br>Charlotte, NC 28260-2224 |
| US Office & Industrial Supply<br>PO Box 7612<br>Van Nuys, CA 91409-7612 | United States Trustee<br>800 Market Street, Suite 114<br>Howard H. Baker Jr. U.S. Courthouse<br>Knoxville, TN 37902-2303 | Valley Proteins, Inc.<br>PO Box 643393<br>Cincinnati, OH 45264-3393 |
| Waste Connections of TN, Inc<br>2400 Chipman Street<br>Knoxville, TN 37917-6115 | World Spice Co., Inc<br>3613 Black Oak Ridge Lane<br>Knoxville, TN 37918-4033 | Edward C. Burnett Jr.<br>2005 Farmstead Lane<br>Powell, TN 37849-5477 |
| F. Scott Milligan<br>Little & Milligan, PLLC<br>Suite 130, Regency Business Park<br>900 East Hill Avenue<br>Knoxville, TN 37915-2566 | Maurice K. Guinn<br>P. O. Box 1990<br>Knoxville, TN 37901-1990 | Michael H Fitzpatrick<br>2121 First Tennessee Plaza<br>Knoxville, TN 37929-2121 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Miller Equipment Company, Inc.<br>3224 Hinds Creek Road<br>Heiskell, TN 37754-3109 | (d)Swaggerty Sausage Company, Inc.<br>2827 Swaggerty Road<br>Kodak, TN 37764-2170 | End of Label Matrix<br>Mailable recipients   101<br>Bypassed recipients     2<br>Total                  103 |